Robert L. GROOMS, Jr.,
Plaintiff–Appellant,

v.

UNITED STATES ATTORNEY; Ron Angelone, Director; Terry Glenn, Coordinator, Defendants–Appellees.

No. 04–7524.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2004.

Decided: Dec. 1, 2004.

Robert L. Grooms, Jr., Appellant pro se.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert L. Grooms, Jr., appeals the district court's order dismissing his civil complaint as frivolous pursuant to 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Grooms v. U.S. Attorney,* No. CA–04–667–1–CMH (E.D.Va. Aug. 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*